IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DANIEL Z. MALDONADO #432966 and
BRANDON C. ARMSTRONG DOC #481975,

                    Petitioners,

    v.

THE DANE COUNTY CIRCUIT COURT,
THE HONORABLE C. WILLIAM FOUST,
Presiding and/or THE WISCONSIN
COURT OF APPEALS,

                    Respondents.

ORDER

08-cv-290-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    In an order entered in this case on June 6, 2008, I accepted petitioner Maldonado's notice that he has voluntarily withdrawn from this action and gave petitioner Armstrong until June 13, 2008 to respond to Magistrate Judge Stephen Crocker's order of May 23, 2008, directing him to submit a copy of his six-month trust fund account statement. I told petitioner Armstrong that he will be considered to have withdrawn from this action if he fails to respond to the May 23 order. Petitioner Armstrong has done nothing in response. Therefore, I consider that petitioner Armstrong has withdrawn from this case voluntarily. The clerk of court is

1

directed to close this file.

      Entered this 27th day of June, 2008.

                        BY THE COURT:

                        /s/ Barbara B. Crabb
                        BARBARA B. CRABB
                        District Judge